No. 9, Misc. CABEY *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se. James C. Crumlish, Jr.,* and *Gordon Gelfond* for respondent.

No. 642, Misc. WALKER *v.* INTERNAL REVENUE SERVICE ET AL. C. A. 9th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Oberdorfer, I. Henry Kutz* and *George F. Lynch* for respondents.

No. 456, October Term, 1963. ETCHEVERRY *v.* UNITED STATES, 375 U. S. 930, 989; 376 U. S. 939. Motion for leave to file third petition for rehearing denied.

No. 6. HENRY *v.* MISSISSIPPI, 379 U. S. 443;

No. 38. CITY OF EL PASO *v.* SIMMONS, 379 U. S. 497;

No. 40. STANFORD *v.* TEXAS, 379 U. S. 476;

No. 49. COX *v.* LOUISIANA, 379 U. S. 559;

No. 415. GOLDNER *v.* SILVER, DISTRICT ATTORNEY, KINGS COUNTY, NEW YORK, 379 U. S. 959;

Nos. 510 and 542. GIANFRANCESCO *v.* OHIO, 379 U. S. 932;

No. 547. KEHOE *v.* BOYLE, EXECUTOR, ET AL., 379 U. S. 959;

No. 556. SAKRETE OF NORTHERN CALIFORNIA, INC. *v.* NATIONAL LABOR RELATIONS BOARD, 379 U. S. 961;

No. 581. LOCKLIN ET AL., DBA RADIANT COLOR CO. *v.* SWITZER BROTHERS, INC., ET AL., 379 U. S. 962;

No. 601. ESTES *v.* UNITED STATES, 379 U. S. 964; and

No. 614. SPECTOR *v.* UNITED STATES, 379 U. S. 966. Petitions for rehearing denied.